U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 10 2015

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD C. JACKSON,<br>　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 14-CV-00396 |
| VERSUS | |
| N. BURL CAIN, et al.,<br>　　　Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jackson's petition for habeas corpus relief is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

THUS ORDERED AND SIGNED in Chambers at ___Alexandria___, Louisiana, on this _10th_ day of ___March___ 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE JAMES T. TRIMBLE, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE