

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD C. JACKSON | CIVIL ACTION NO. 1:14-CV-00396 |
| VERSUS | JUDGE TRIMBLE |
| N. BURL CAIN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jackson's § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 15th day of June 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE