RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDARD C. JACKSON | CIVIL ACTION 1:14-CV-00396 |
| VERSUS | JUDGE DRELL |
| N. BURL CAIN | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jackson's § 2254 habeas petition is DENIED.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana on this 14TH day of MAY 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE